

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos. 02-20-00034-CR
02-20-00035-CR

MICHAEL RAY KERR, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CR19-0626, CR19-0627

---

### ORDER

On the court's own motion, it is ORDERED that the trial court clerk deliver the originals of State's Exhibit No. 41 (Video) and States Exhibit No. 55 (Surveillance Video) to this court no later than **Monday, May 10, 2021**.

These exhibits will be returned to the trial court upon issuance of the mandate.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court clerk, and the court reporter.

Dated May 3, 2021.

Per Curiam